23375.  ROWE et al., Executors v. ROWE et al., Guardians.

GRICE, Justice.  This appeal from judgments in favor of a widow's application for dower presents no question within the jurisdiction of this court.  Such proceeding is not a case respecting title to land (see *Adams v. Bishop,* 174 Ga. 262 (162 SE 531); *Harnesberger v. Davis,* 208 Ga. 629 (68 SE2d 585)); nor does it seek any equitable relief in connection with the application.  See *Bishop v. Woodward,* 103 Ga. 281 (29 SE 968).

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED FEBRUARY 15, 1966—DECIDED FEBRUARY 23, 1966.

*Beverly B. Hayes,* for appellants.
*Dubignion Douglas,* for appellees.